# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **IN RE: SUBPOENA** | **Case No.** ___17mj109-B___ |
| | **Filed Under Seal** |

## APPLICATION FOR ORDER COMMANDING GOOGLE
## NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA

The United States requests that the Court order Google not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the attached subpoena for a period of 180 days.

Google is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which requires Google to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Specifically, this investigation by the Federal Bureau of Investigation involves a business in Mobile, Alabama that was the victim of a ransomware attack, wherein data stored and used by the business was encrypted remotely by an unknown actor, who then contacted the business and demanded a ransom payment for decrypting that data. Based on the FBI's investigation, the account in

question may contain evidence or other information relevant to the investigation into identifying and locating the unknown actor(s) responsible for the attack. Accordingly, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b). Evidence in this investigation is stored electronically. If alerted to the existence of the subpoena, the subjects under investigation could destroy that evidence, including information saved to their personal computers or remote storage that they maintain access to. In light of the fact that the offense involved unauthorized access to the computer systems of the victim business, the actor(s) responsible appear to be technologically sophisticated enough to alter or destroy evidence if alerted to the investigation.

Section 2705(b) provides that when the government is not required to notify the subscriber or customer that it is serving process on the provider, then the Court may order the provider not to give notice, provided one of the five risks set forth in § 2705(b) is present. For the reasons listed above, the government has shown that there is reason to believe that notice by the provider would cause one of the enumerated harms. The government is proceeding here using a subpoena under 18 U.S.C. § 2703(c)(2). Section 2703(c)(3) provides that when the government proceeds under § 2703(c) (*i.e.,* when it is only seeking records of the provider, and not any content of the subscriber or customer), the government is not required to provide notice to the subscriber or customer. Thus, the government has satisfied all the conditions of § 2705(b).

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google not to disclose the existence or content of the attached subpoena for 180

days, except that Google may disclose the attached subpoena to an attorney for Google for the

purpose of receiving legal advice.

Sean Costello
Assistant United States Attorney
63 S. Royal St., Suite 600
Mobile, Alabama 36602