IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| IN RE: SUBPOENA | Case No. _____ |
|---|---|
| | Filed Under Seal |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the attached subpoena for a period of 180 days.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber or to any other person for a period of 180 days, unless and until otherwise authorized to do so by the Court, except that Google may disclose the attached subpoena to an attorney for Google for the purpose of receiving legal advice.

__November 3, 2017__  
Date

United States Magistrate Judge  
Sonja F. Bivins

_____  
United States Magistrate Judge

17R00432/SPC
AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To: Gmail (Google, Inc.)

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: UNITED STATES DISTRICT COURT<br>113 ST. JOSEPH STREET<br>MOBILE, ALABAMA 36602 | Date and Time:<br><br>10/15/2017 8:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
SEE ATTACHMENT

Note: The party who requested your attendance as a witness is responsible for the payment of your attendance fee, mileage and expenses of subsistence as provided by Title 28, Para. 1821, U. S. Code.

Date: 10/31/2017



CLERK OF COURT   **CHARLES R. DIARD, JR.**

*Maria Payne*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
AUSA Sean P. Costello
63 S. Royal Street, Suite 600
Mobile, Alabama 36602 - Telephone: (251) 441-5845

Please contact Heather Cole, Witness Coordinator, (251) 415-7116, prior to trial date regarding appearance dates, fees, travel, etc.

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment to Subpoena**

TO:    Gmail (Google, Inc)
         ATTN: Google Legal Investigations Support
         1600 Amphitheatre Parkway
         Mountain View, CA 94043
         Email: USLawEnforcement@google.com

For the below listed **Google email account**, please provide any and all records in accordance with the following, including data preserved in accordance with previous preservation requests:
- Subscriber name and address for the Google Accounts
- Date account was created and current account status
- Registration source IP address
- Log of login activity including date, time, and source IP address
- A complete list of all Google Services utilized by the account
- File names and metadata for any files stored under additional Google services to include Drive, Photos, Google+, Youtube, Wallet, and any other Google services in use.
- Any Google Accounts which utilize the below account as a secondary email address

████████@gmail.com

Please provide the information requested in electronic format if possible.

Responses and questions can be sent to:

    FBI Mobile

    200 North Royal Street

    Mobile, AL 36602

    Attn: Special Agent James R. Hlavin, (251) 219-3518

    Email: jrhlavin@fbi.gov

PLEASE DO NOT NOTIFY THE ACCOUNT HOLDER OF THIS REQUEST OR SHUT DOWN OR FREEZE THE ACCOUNT AS A RESULT OF THIS REQUEST. THANK YOU.