# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| IN RE: SUBPOENA | Case No. _____ |
|---|---|
| | **Filed Under Seal** |

## ORDER

This matter is before the Court on the United States' Motion to Seal. The Court, after having considered the motion and finding that the best interests of this case will be served by sealing the documents for one hundred and eighty (180) days, ORDERS that the United States application for a nondisclosure order and the resulting Order, be sealed for one hundred eighty (180) days.

The Court FURTHER ORDERS the United States to immediately notify the Clerk by the end of such one hundred eighty (180) day period to indicate whether any portion of the case should remain under seal. If the United States indicates that there is no further need to keep the case under seal, the Clerk is DIRECTED to unseal the case, without further order of the Court.

DONE AND ORDERED this \_\_\_3rd\_\_\_ day of \_\_\_November\_\_\_, 2017.

United States Magistrate Judge Sonja F. Bivins

Digitally signed by United States Magistrate Judge Sonja F. Bivins
DN: cn=United States Magistrate Judge Sonja F. Bivins, o=Federal Judiciary, ou=U.S. District Court Southern District Of Alabama, email=efile_bivins@alsd.uscourts.gov, c=US
Date: 2017.11.03 14:05:56 -06'00'

_____
UNITED STATES MAGISTRATE JUDGE